Per Curiam.

(No. 74-CC-498—Claimant

Miller Industrial Supply Co., Inc., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed April 17, 1974.*

Miller Industrial Supply Co., Inc., Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-499—Claimant

Dr. Lewis Trupin, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed April 17, 1974.*

Dr. Lewis Trupin, Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.